UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FREEDOM INVESTMENTS
SYSTEMS, LLC,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　CASE NO. 8:21-cv-238-T-23JSS

USHA JAIN, et al.,

    Defendants.
_____/

### ORDER

Appearing *pro se*, Usha Jain and Manohar Jain move (Doc. 11) for leave to access the Case Management/Electronic Case Filing system. Also, the Jains move (Doc. 12) to "stay the proceedings in the state court due to lack of jurisdiction" and move (Doc. 13) to present "new evidence of deprivation of their rights."

Because a February 10, 2021 order (Doc. 10) remands the Jains' actions, the motions (Doc. 11; Doc. 12; Doc. 13) are **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on February 16, 2021.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE